LUISA OBERTELLI, as Administratrix, etc., of MARCO OBERTELLI, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent, Impleaded with Others, Defendants. DINA TIRAMANI, as Administratrix, etc., of JOSEPH TIRAMANI, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent, Impleaded with Others, Defendants. GUIDO BERNONI, as Administrator, etc., of FRANCISCO BERNONI, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent, Impleaded with Others, Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ENDO PRODUCTS, INC., Respondent, v. ITALIAN DRUGS IMPORTING CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JUNIOR EHRET REALTY CORPORATION, Petitioner, Appellant, for an Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Defendants, Respondents, and NEW YORK RAILWAYS CORPORATION and Another, Intervenors, Defendants, Respondents. In the Matter of the Application of JUNIOR EHRET REALTY CORPORATION, Petitioner, Appellant, and SAROBEC CORPORATION and ANNIE WITT SCHIERLOCH, Intervenors, Petitioners, Appellants, for an Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Defendants, Respondents, and NEW YORK RAILWAYS CORPORATION and Another, Intervenors, Defendants, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

J. MEYERS STATIONERY & PRINTING COMPANY, INC., Respondent, v. ALLAN H. POHL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELIZABETH KARLIN, Appellant, v. ABBOTT A. KARLIN, Respondent.— Order unanimously modified by denying that part of the motion which seeks to amend the decree of divorce *nunc pro tunc* as of February 4, 1925, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. (See *Livingston* v. *Livingston*, 173 N. Y. 377, and *Krauss* v. *Krauss*, 127 App. Div. 740.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of DOROTHY BROWNING HOOD, Appellant, for the Construction of the Last Will and Testament and Codicil of EDWARD W. BROWNING, Deceased. TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased, and ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [165 Misc. 819.]

ISIDORE COOLICK, Respondent, v. MORRIS STORCH, Appellant.— Order unanimously modified by eliminating therefrom items 4, 5 and 6, and by denying the motion to strike out said items, and as so modified affirmed, without costs. The bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ISIDORE COOLICK, Respondent, v. MORRIS STORCH, Appellant.— Order unanimously modified by providing that so much thereof as denies defendant's motion